# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5131
_____

JOHN E. MERRITT,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Columbia County.
Mark E. Feagle, Judge.

June 6, 2019


PER CURIAM.

    AFFIRMED.

WOLF, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


John E. Merritt, Appellant, pro se.

Ashley Moody, Attorney General, Tallahassee, for Appellee.